### (41 South. 252.)

### No. 16,020.

### POLICE JURY OF AVOYELLES v. TOWN OF MARKSVILLE.

(April 23, 1906. On Rehearing, May 21, 1906.)

INJUNCTION—SECOND SUIT.

   Same as Police Jury of Avoyelles v. Town of Mansura, 41 South. 251, ante, p. 1043.

(Syllabus by the Court.)

Appeal from Fourteenth Judicial District Court, Parish of Avoyelles; Gregory Horatio Couvillon, Judge.

Action by the police jury of Avoyelles against the town of Marksville. Judgment for defendant, and plaintiff appeals. Affirmed.

Joseph W. Joffrion, Dist. Atty., for appellant. Coco & Couvillon, for appellee.

PROVOSTY, J. This case involves precisely the same issues as that of Same Plaintiff v. Town of Mansura (No. 16,021, this day decided) 41 South. 251, ante, p. 1043.

For the reasons there assigned, the judgment is affirmed.

### On Rehearing.

Rehearing refused, for reasons stated in case of Police Jury of Avoyelles v. Town of Mansura, 41 South. 251, ante, p. 1043.